# United States Bankruptcy Court
### District of Arizona - Phoenix Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Apache Junction Hospital, LLC dba Arizona Regional Medical Center** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**43-1990260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1690 W. Southern Ave.**<br>**Apache Junction, AZ**<br>ZIP Code **85120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinal** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1289**<br>**Mesa, AZ**<br>ZIP Code **85211** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Apache Junction Hospital, LLC dba Arizona Regional Medical Center** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Apache Junction Hospital, LLC dba Arizona Regional Medical Center** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas J. Salerno**
Signature of Attorney for Debtor(s)

**Thomas J. Salerno 007492**
Printed Name of Attorney for Debtor(s)

**Squire Sanders (US) LLP**
Firm Name

**1 East Washington Street, #2700**
**Phoenix, AZ 85004**

Address

**Email: thomas.salerno@squiresanders.com**
**602-528-4000**
Telephone Number

**October 17, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ G. Grant Lyon**
Signature of Authorized Individual

**G. Grant Lyon**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**October 17, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re: **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| SIERRA EQUITIES, Inc.<br>Tiffany & Bosco, PA<br>2525 E. Camelback Road<br>3rd Floor<br>Phoenix, AZ 85016 | SIERRA EQUITIES, Inc.<br>Tiffany & Bosco, PA<br>2525 E. Camelback Road, 3rd Floor<br>Phoenix, AZ 85016<br>Alisa J. Gray<br>602-255-6000<br>AJG@tblaw.com | Lease | Contingent Unliquidated Disputed | Unknown |
| BOSTON SCIENTIFIC<br>P O BOX 951653<br>DALLAS, TX 75395-1653 | BOSTON SCIENTIFIC<br>P O BOX 951653<br>DALLAS, TX 75395-1653<br>Dave Petricca: (508) 382-0259 | Trade | | 731,545.20 |
| UNITED BLOOD SERVICES<br>P O BOX 53022<br>PHOENIX, AZ 85072 | UNITED BLOOD SERVICES<br>P O BOX 53022<br>PHOENIX, AZ 85072<br>Susan Barnes: (480) 675-5696 | Trade | | 323,526.30 |
| CARDINAL HEALTH MEDICAL PRODUCTS<br>PO BOX 100316<br>PASEDENA, CA 91189-0316 | CARDINAL HEALTH MEDICAL PRODUCTS<br>PO BOX 100316<br>PASEDENA, CA 91189-0316<br>Phelton Woods: (614) 553-3289 | Lease | | 241,836.23 |
| BIOTRONIK, INC.<br>6024 JEAN ROAD<br>OSWEGO, OR 97035 | BIOTRONIK, INC.<br>6024 JEAN ROAD<br>OSWEGO, OR 97035<br>James Maldonado<br>503-451-8009<br>James.maldonado@biotronik.com | Trade | | 221,873.92 |
| MEDICAL SOLUTIONS LLC<br>9101 WESTERN AVE<br>SUITE 101<br>OMAHA, NE 68114 | MEDICAL SOLUTIONS LLC<br>9101 WESTERN AVE<br>SUITE 101<br>OMAHA, NE 68114<br>Chris.ahl@medicalsolutions.com | Trade | | 216,567.41 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3M<br>575 WEST MURRAY<br>MURRAY, UT 84123 | 3M<br>575 WEST MURRAY<br>MURRAY, UT 84123<br>Main: (801) 265-4200<br>FAX 801-263-3657 | Trade | | 189,117.75 |
| SONORA QUEST LABORATORIES<br>P O BOX 29661 DEPT 2059<br>PHOENIX, AZ 85038-9661 | SONORA QUEST LABORATORIES<br>P O BOX 29661 DEPT 2059<br>PHOENIX, AZ 85038-9661<br>Main 602-685-5000<br>FAX 602-685-5553 | Trade | | 181,596.56 |
| HEALTHCARE MANAGEMENT SYSTEMS, INC<br>6550 CAROTHERS PARKWAY<br>SUITE 100<br>FRANKLIN, TN 37067 | HEALTHCARE MANAGEMENT SYSTEMS, INC<br>6550 CAROTHERS PARKWAY<br>SUITE 100<br>FRANKLIN, TN 37067<br>Main: (615) 761-1000<br>Kenny.barfield@healthtechholdings.com | Trade | | 152,208.18 |
| MEDLINE INDUSTRIES, INC.<br>DEPT. LA 21558<br>PASADENA, CA 81185-1558 | MEDLINE INDUSTRIES, INC.<br>DEPT. LA 21558<br>PASADENA, CA 81185-1558<br>Ray Sanchez: (847) 643-4980<br>rsanchez@medline.com | Trade | | 151,333.51 |
| COOK MEDICAL INCORPORATED<br>22988 NETWORK PLACE<br>CHICAGO, IL 60673-1229 | COOK MEDICAL INCORPORATED<br>22988 NETWORK PLACE<br>CHICAGO, IL 60673-1229<br>Cynthia Ketz<br>FAX 812-339-5369 | Trade | | 142,200.51 |
| GE HEALTHCARE<br>PO BOX 843553<br>DALLAS, TX 75284-3553 | GE HEALTHCARE<br>PO BOX 843553<br>DALLAS, TX 75284-3553<br>Main: 1(800) 558-5102<br>Legal Dept.<br>FAX 941-363-3810 | Trade | | 141,973.43 |
| TITAN NURSE STAFFING, LLC<br>2110 S 169TH PLAZA<br>SUITE 100<br>OMAHA, NE 68130 | TITAN NURSE STAFFING, LLC<br>2110 S 169TH PLAZA<br>SUITE 100<br>OMAHA, NE 68130<br>Main (866) 332-9600<br>Brian Wilke<br>FAX 402-332-5181 | Trade | | 130,467.52 |

B4 (Official Form 4) (12/07) - Cont.

In re **Apache Junction Hospital, LLC dba Arizona Regional Medical Center** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PHOENIX METRO ACUTES<br>PO BOX 749959<br>LOS ANGELES, CA 90074-9959 | PHOENIX METRO ACUTES<br>PO BOX 749959<br>LOS ANGELES, CA 90074-9959<br>Pam Brown: (214) 259-1191<br>FAX 480-967-8273 | Trade | | 119,239.72 |
| HEALTH TEMP<br>6402 E. SUPERSTITION SPRINGS<br>STE 203<br>MESA, AZ 85206-4393 | HEALTH TEMP<br>6402 E. SUPERSTITION SPRINGS<br>STE 203<br>MESA, AZ 85206-4393<br>(480) 832-2435<br>Joe.patrick@healthtemp.com | Trade | | 108,912.99 |
| MALLINCKRODT, INC<br>P O BOX 223782<br>PITTSBURG, PA 15251-2782 | MALLINCKRODT, INC<br>P O BOX 223782<br>PITTSBURG, PA 15251-2782<br>412-621-7811 | Trade | Unliquidated<br>Disputed | 103,852.78 |
| ABBOTT LABORATORIES, INC.<br>PO BOX 92679<br>CHICAGO, IL 60675-2679 | ABBOTT LABORATORIES, INC.<br>PO BOX 92679<br>CHICAGO, IL 60675-2679<br>1-800-366-8020 | Trade | | 99,066.46 |
| EMERGENCY MEDICAL SOLUTIONS, LTD<br>P O BOX 1424<br>MESA, AZ 85211 | EMERGENCY MEDICAL SOLUTIONS, LTD<br>P O BOX 1424<br>MESA, AZ 85211<br>Kent Layton<br>480-844-8588 | Trade | | 94,787.66 |
| HEALTHCARE SERVICES GROUP, INC.<br>3220 TILLMAN DRIVE<br>SUITE 300<br>BENSALEM, PA 19020-2050 | HEALTHCARE SERVICES GROUP, INC.<br>3220 TILLMAN DRIVE<br>SUITE 300<br>BENSALEM, PA 19020-2050<br>215-639-4274 | Trade | | 86,576.65 |
| CITY OF MESA<br>PO BOX 1878<br>MESA, AZ 85211-1878 | CITY OF MESA<br>PO BOX 1878<br>MESA, AZ 85211-1878<br>480-644-2221 | Utility | | 83,673.72 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**  
                                  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 17, 2013**                Signature  **/s/ G. Grant Lyon**  
                                                     **G. Grant Lyon**  
                                                     **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Arizona - Phoenix Division**

In re  **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ambika Bhaskaran<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 17 | Class B Common Stock |
| Brent Nutall<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 5 | Class B Common Stock |
| Cathy Clark-Mann<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| Douglas Gratzer<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 4 | Class B Common Stock |
| Dr Al Nuttall & Julianne Johnson<br>Nutall-Johnson Family Trust<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 2 | Class B Common Stock |
| Dr Al Nuttall & Julianne Johnson<br>and Brent and Stephanie Nuttall<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| Dr Arthur Sitelman<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| Dr Barbara Barker<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class A Common Stock | 174 | Class A Common Stock |
| Dr Muhammed Mujatid Salim<br>& Amatal Salim Family<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| Dr Sunil Jain<br>Jain Holdings Limited Partnership<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 3 | Class B Common Stock |

**2** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**,
Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Barbara Barker**<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 34 | Class B Common Stock |
| **Dr. Hani Shennib**<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| **Dr. Marc Lewis Ekhauser**<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 7 | Class B Common Stock |
| **Eugene Malina**<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 6 | Class B Common Stock |
| **Harrison J Bachrach**<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 2 | Class B Common Stock |
| **Jay Locke**<br>PEROJAY Investments, LLC<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| **Joseph J. Hessel**<br>Mesa Hospital Venture, LLC<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 5 | Class B Common Stock |
| **Joseph J. Hessel**<br>Lucky Dog, LLC<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 7 | Class B Common Stock |
| **Kevin Curtis**<br>Health Group West<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 8 | Class B Common Stock |
| **Kevin Curtis**<br>Health Group West<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 1 | Class B Common Stock |
| **Leonard and Marie Siegel Trust**<br>Nancy Siegel on behalf of Marie Siegel Trust<br>P.O. Box 1289<br>Mesa, AZ 85211 | Class B Common Stock | 5 | Class B Common Stock |

Sheet **1** of **2** continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**,　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mandeep Sahani**<br>**Nodens Investments LLC**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **8** | **Class B Common Stock** |
| **Nancy Crabtree**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |
| **Peter Moraru**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | | **Class B Common Stock** |
| **Ross McArthur**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **63** | **Class B Common Stock** |
| **Scott Olson**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |
| **Scott Shaeffer**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |
| **Shares- Board of Directors Distribution**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |
| **Steve Farber**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |
| **Susan Farber**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |
| **Terry Bain**<br>**P.O. Box 1289**<br>**Mesa, AZ 85211** | **Class B Common Stock** | **1** | **Class B Common Stock** |

Sheet **2** of **2** continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re    **Apache Junction Hospital, LLC dba Arizona**    Case No. _____
         **Regional Medical Center**
_____,
                                Debtor


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 17, 2013**              Signature  **/s/ G. Grant Lyon**
                                                    **G. Grant Lyon**
                                                    **Chief Restructuring Officer**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re **Apache Junction Hospital, LLC dba Arizona Regional Medical Center**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Apache Junction Hospital, LLC dba Arizona Regional Medical Center** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 17, 2013** | **/s/ Thomas J. Salerno** |
| Date | **Thomas J. Salerno** |
| | Signature of Attorney or Litigant |
| | Counsel for **Apache Junction Hospital, LLC dba Arizona Regional Medical Center** |
| | **Squire Sanders (US) LLP** |
| | **1 East Washington Street, #2700** |
| | **Phoenix, AZ 85004** |
| | **602-528-4000** |
| | **thomas.salerno@squiresanders.com** |

## WRITTEN CONSENT OF
## THE MEMBERS OF THE EXECUTIVE COMMITTEE OF

## APACHE JUNCTION HOSPITAL, LLC

**Effective as of October 14, 2013**

The undersigned, being the duly appointed members of the executive committee (the "Executive Committee") of Apache Junction Hospital, LLC d/b/a Arizona Regional Medical Center (the "Company"), do hereby consent to the adoption of the following resolutions:

**WHEREAS**, the Executive Committee has reviewed the materials presented by the officers and advisors of the Company regarding the liabilities, cash flow and liquidity of the Company and the strategic alternatives available to the Company; and

**WHEREAS**, the Executive Committee has sought the advice of counsel and other professionals and has determined that it is in the Company's best interest to wind down and formally dissolve the Company including, if the Executive Committee deems necessary or advisable, through the filing of a petition under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101-1330 (the "Bankruptcy Code"); and

**WHEREAS**, under Section 5.2(h) of the Operating Agreement of AJH, LLC (the "Operating Agreement"), the Executive Committee's decision to wind down and formally dissolve the Company or to file a petition on behalf of the Company under chapter 11 of the Bankruptcy Code must be affirmatively approved by the Member holding the Class A Common Shares and the Members holding a majority of the Class B Common Shares (the "Required Members"); and

**WHEREAS**, the Required Members have affirmatively approved the Executive Committee's decision to wind down and formally dissolve the Company, and to file a petition on behalf of the Company under chapter 11 of the Bankruptcy Code to accomplish the wind-down and dissolution if the Executive Committee determines that it is necessary or advisable to do so; and

**NOW, THEREFORE, IT IS RESOLVED** that, in the judgment of the Executive Committee, and as approved by the Required Members, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company be wound down and formally dissolved, and that, if the Executive Committee deems necessary or advisable, a petition under chapter 11 of the Bankruptcy Code be filed to accomplish the wind-down and dissolution of the Company, and that the Executive Committee and the Required Members approve the wind-down and formal dissolution of the Company including, if the Executive Committee deems necessary or advisable, by commencement of bankruptcy proceedings on behalf of the Company; and it is

**RESOLVED FURTHER** that any officer of the Company, or such other individuals as the Executive Committee may direct (the "Authorized Persons"), acting on behalf of the Required Members and the Executive Committee, and any member of the law firm of Squire Sanders (US) LLP ("Squire Sanders"), are authorized and directed to execute and file, or cause to be executed and filed, on behalf of the Company, all petitions and schedules, lists and other motions, papers or documents, and to take any and all action that the Authorized Persons or Squire Sanders deem

necessary or proper to effectuate the wind-down and formal dissolution of the Company including, if the Executive Committee deems necessary or advisable, the filing of a chapter 11 bankruptcy case on behalf of the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's or its subsidiaries' businesses, on or after October 14, 2013; and it is

**RESOLVED FURTHER** that the Authorized Persons be, and hereby are, authorized and directed to employ the law firm of Squire Sanders as general counsel to represent and assist the Company in carrying out their duties throughout the process of winding down and formally dissolving the Company, including, if applicable, all duties arising under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings or other documents; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of any chapter 11 case the Executive Committee deems necessary or advisable, and cause to be filed an appropriate application for authority to retain the services of Squire Sanders, all on such terms and conditions as agreed to by the Authorized Persons; and it is

**RESOLVED FURTHER** that the Authorized Persons are hereby authorized and empowered by and on behalf of the Company and in its name to employ any other professionals that in the Authorized Persons' judgment shall be necessary or desirable to assist the Company in carrying out its duties throughout the process of winding down and formally dissolving the Company, including, if applicable, all duties arising under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of any chapter 11 case the Executive Committee deems necessary or advisable, and cause to be filed an appropriate application for authority to retain the services of any professionals as necessary; and it is

**RESOLVED FURTHER** that the Authorized Persons are hereby authorized and empowered by and on behalf of the Executive Committee to execute and deliver all applications, certificates, agreements or any other instruments or documents or any amendments or supplements thereto and to do and to cause any and all other acts and things as they or any of them may deem necessary or appropriate to effectuate the purpose of the foregoing resolutions and the execution by such Authorized Persons of such documents shall conclusively establish their authority therefore from the Executive Committee of such documents so executed and the actions so taken on behalf of the Company; and it is

**RESOLVED FURTHER**, that any and all actions taken by any Authorized Person in effecting the purpose of the foregoing resolutions prior to the date the foregoing resolutions are actually adopted are hereby ratified, approved, confirmed and adopted in all respects; and it is

**RESOLVED FURTHER**, that the Executive Committee hereby adopts, as if fully set forth herein, the form of any and all resolutions required in connection with the matters set forth herein; provided that (i) the Authorized Persons deem the adoption of such resolutions necessary or advisable and (ii) the Executive Committee evidences such adoption by filing copies of such resolutions with the minutes of the Company; and it is

**RESOLVED FURTHER**, that the Authorized Persons are authorized and empowered to certify to the passage of the foregoing resolutions under the seal of the Company, or otherwise; and it is

**RESOLVED FURTHER**, that under Section 6.3(b) of the Operating Agreement, the actions taken by this Written Consent shall have the same force and effect as if taken at a meeting of the Executive Committee duly called. This Written Consent may be executed in one or more counterparts, each one of which shall be deemed an original, and all of which together shall constitute one instrument.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned members of the Executive ommittee have duly executed this Written Consent effective as of the date set forth above.

*[signature]*

Barbara Barker Siegel

_____

Ross McArthur

**IN WITNESS WHEREOF**, the undersigned members of the Executive Committee have duly executed this Written Consent effective as of the date set forth above.

_____
Barbara Barker Siegel

_/s/ Ross McArthur_____
Ross McArthur