**Emerald Capital Advisors**
1350 Avenue of the Americas
3rd Floor
New York, NY 10019

Proposed Financial Advisors for the OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Rafael X. Zahralddin-Aravena, Esq. (admitted *pro hac vice*)
rxza@elliottgreenleaf.com
Jonathan M. Stemerman (admitted *pro hac vice*)
jms@elliottgreenleaf.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>APACHE JUNCTION HOSPITAL, LLC dba ARIZONA REGIONAL MEDICAL CENTER,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 4:13-bk-18188-EWH<br><br>**APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPROVING THE EMPLOYMENT OF EMERALD CAPITAL ADVISORS** |

This Application is filed by the OFFICIAL COMMITTEE OF UNSECURED CREDITORS (the "**Committee**") in the above-captioned Chapter 11 bankruptcy case of APACHE JUNCTION HOSPITAL, LLC dba ARIZONA REGIONAL MEDICAL CENTER (the "**Debtor**"). In accordance with the Application, United States Bankruptcy Code (the "**Bankruptcy Code**") §§ 328 and 1103, and Fed. R. Bankr. P. 2014, the Committee asks the Court to enter an Order authorizing the Committee to employ EMERALD CAPITAL ADVISORS ("**Emerald**") as Financial Advisor to the Committee.

In support of the Application, the Committee relies upon the Declaration of John P. Madden (the "**Madden Declaration**") attached hereto as Exhibit A and incorporated by reference, and respectfully represents as follows:

## FACTUAL AND PROCEDURAL BACKGROUND

1. On October 17, 2013 (the "**Petition Date**"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code, commencing the above-captioned case (the "**Bankruptcy Case**").

2. On November 4, 2013, the Committee was formed by the Office of the United States Trustee for this jurisdiction. The Committee comprises the following three members (i) 3M Company, (ii) Health Temp, and (iii) Healthcare Systems Group, Inc. *See* D.I. 51. On November 5, 2013, the Committee formally engaged Emerald to represent the Committee in the Bankruptcy Case, subject to this Court's approval and formally approved its by-laws on November 6, 2013.

## JURISDICTION

3. The Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4. The statutory predicates for the relief requested in this Application are Bankruptcy Code §§ 328 and 1103, Fed. R. Bankr. P. 2014(a).

## RELIEF REQUESTED AND BASIS FOR RELIEF

**5.** By this Application, the Committee respectfully requests that the Court enter an order, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, authorizing the Committee to retain and employ ECA as its financial advisors in the above-captioned chapter 11 case, in

accordance with the terms and conditions set forth in that certain engagement letter dated November 11, 2013 between the Committee and ECA annexed hereto as Exhibit B (the "**Engagement Letter**"), *nunc pro tunc* to November 5, 2013, which is the date the Committee retained ECA and that ECA commenced providing services on behalf of the Committee. It is essential to the Committee's efforts that it employ its financial advisor to perform the advisory services that will be necessary during these Chapter 11 cases.

## QUALIFICATIONS

6. Emerald is well-suited for the type of representation required by the Committee. As evidenced by the Madden Statement, Emerald has the accessibility, experience, expertise, and resources that enable it to provide the multi-faceted services needed by the Committee. Along with experience in various other areas, Emerald has extensive experience in bankruptcy and creditors' rights. Emerald is familiar with the practice of the United States Bankruptcy Court for the District of Arizona and is qualified to represent the Committee.

7. John P. Madden and Joseph R. Scopo, who will head this engagement, have substantial experience representing parties in all aspects of bankruptcy and restructuring, including, without limitation, extensive experience representing creditors' committees and debtors-in-possession, and parties in the defense and prosecution of avoidance-action litigation.

## FINANCIAL ADVISORY SERVICES TO BE PROVIDED

10. The Committee respectfully submits that it is necessary and appropriate to employ and retain ECA as its financial advisors in this chapter 11 case and render various professional services to enable the Committee to execute faithfully its duties, including, but not limited to the following services:

a) Reviewing and analyzing the assets, liabilities and financial condition of the Debtor;

b) Reviewing and analyzing historical financial performance, and transactions between and among the Debtor, their creditors, affiliates and other entities;

c) Reviewing the assumptions underlying the cash flow projections for the Chapter 11 case;

d) Monitoring, evaluating and reporting to the Committee with respect to the Debtor's near-term liquidity;

e) Reviewing and analyzing all material contracts and/or agreements;

f) Assisting and procuring and assembling any necessary validations of asset values;

g) Providing ongoing assistance to the Committee and the Committee's legal counsel;

h) Making recommendations to the Committee with respect to the Debtor's efforts to confirm a plan; and

i) Such other tasks as the Committee or its counsel may reasonably request in the course of exercise of the Committee's duties in these cases.

11. To the best of the Committee's knowledge, information and belief, except as set forth in the Madden Declaration and except as set forth herein, Emerald has no connection with, and holds no interest adverse to, the Debtor, their estate, their creditors, holders of their equity securities or any party in interest in these cases, nor to the best of the Committee's knowledge does Emerald hold any interest adverse to the interests of the Committee except as set forth in the Madden Declaration.

**COMPENSATION**

12. Emerald intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of the Court, and any other applicable orders entered in this case in connection with all services performed and expenses incurred on and after the Retention Date.

13. Subject to the approval of this Court, Emerald will charge the Committee for its advisory services based on a hybrid fee structure, as more fully described below. The Committee has been advised by Emerald that the current hourly rates, which will be charged in respect of the primary members of the Emerald engagement team for the Committee, are as follows:

| | |
|---|---|
| John P. Madden | $ 350/hour |
| Joseph R. Scopo | $ 350/hour |

14. Although Mr. Madden's regularly hourly rate is $650 per hour, Mr. Scopo's regularly rate is $400 per hour and rates for other Emerald professionals (Associates and Analysts) who may work on this matter are between $200 to $300 per hour, Emerald has agreed to cap its hourly rate for its professionals in this matter of $350 per hour, with the potential for a fee enhancement of 25% if a certain milestone is met, as more fully described below, and subject to an agreed-upon budget, to be submitted under seal, with an unredacted version provided to the U.S. Trustee. The milestone for the fee enhancement is as follows:

    a. Disclosure Statement Approved on Final Basis and Plan of Reorganization Confirmed by December 31, 2013.

15. Emerald has proposed this hybrid fee structure in light of the unusual nature of this case and after discussions with the Committee, which is in agreement with this proposal. Emerald and the Committee are cognizant of the limited cash resources of the Debtor's estate and, consistent with the Committee's fiduciary duties to maximize recovery to unsecured creditors believe that a quick exit from chapter 11 is the most appropriate course of action.

16. To that end, Emerald and the Committee have been in discussions with the Debtor to streamline this chapter 11 case. Emerald and the Committee believes that a hybrid fee arrangement combined with an effort to quickly confirm a chapter 11 plan will save the estate money by placing the Committee's professionals in a position to benefit from a quick and efficient resolution of all potential issues with the Debtor that may stand in the way of confirming a plan of reorganization.

17. Emerald and the Committee's other professionals have agreed to work on similar terms established by the liquidation trustee, should the trustee wish to employ Emerald and the other Committee professionals.

18. From time to time, other Emerald professionals (Associates and Analysts) may be involved in these cases as needed. Hourly rates for these professionals range from $200.00 to $300.00 per hour, however, Emerald has agreed not to bill the Estate for the use of both Associates and Analysts. Reasonable non-working travel time will be charged for both John P. Madden and Joseph R. Scopo at one-half of the applicable hourly rate unless actual work is performed during such travel time, in which case the full hourly rate will be charged.

## NOTICE AND NO PRIOR APPLICATION

19. Notice of this Application has been provided to (a) counsel to the Debtor; (b) counsel to the Official Committee of Unsecured Creditors; (c) the United States Trustee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules. The Committee respectfully submits that, given the administrative nature of the relief requested, no other notice of the relief requested herein need to be given.

20. No previous application for the relief sought herein has been made to this or any other Court.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that this Court enter an Order, substantially in the form annexed hereto as Exhibit C, (i) authorizing employment and retention of Emerald, nunc pro tunc to November 5, 2013 as financial advisor to the Committee, pursuant to sections 328 and 1103 of the Bankruptcy Code, as well as Rule 2014 of the Federal Rules of Bankruptcy Procedure, and (ii) for such other and further relief as the Court deems proper and just.

RESPECTFULLY SUBMITTED this 11th day of November, 2013.

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

By _____
Name:

| | |
|---|---|
| 1 | Prepared and Submitted by: |
| 2 | ELLIOTT GREENLEAF |
| 3 | 1105 NORTH MARKET STREET<br>WILMINGTON, DELAWARE 19801 |
| 4 | TELEPHONE 302.384.9400 |
| 5 | By */s/ Rafael X. Zahralddin-Aravena*<br>    Rafael X. Zahralddin-Aravena |
| 6 | |
| 7 | Attorneys for OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS |

| | |
|---|---|
| 1 | COPIES of the foregoing sent via e-mail or first-class mail this |
| 2 | 11th day of November, 2013, to: |
| 3 | Bradley A. Cosman<br>SQUIRE SANDERS (US) LLP |
| 4 | 1 East Washington Street, Suite 2700<br>Phoenix, AZ 85004 |
| 5 | Email: bradley.cosman@squiresanders.com<br>Attorneys for Debtor |
| 6 | |
| 7 | Wesley S. Loy<br>BROENING OBERG WOODS & WILSON, P.C.<br>1122 W. Jefferson Street |
| 8 | Phoenix, AZ 85034<br>Email: wsl@bowwlaw.com |
| 9 | Attorneys for Barbara Siegel,<br>Personal Representative of the |
| 10 | Estate of Robert M. Siegel |
| 11 | Debra J. Cohen<br>Ligee Gu |
| 12 | HALPERIN BATTAGLIA RAICHT, LLP<br>40 Wall Street, 37th Floor |
| 13 | New York, NY 10005<br>Email: dcohen@halperinlaw.net |
| 14 | Email: lgu@halperinlaw.net<br>Attorneys for Apheresis Care Group, Inc. |
| 15 | d/b/a Phoenix Metro Inpatient Services,<br>an affiliate of Fresenius Medical Care Holdings, Inc. |
| 16 | d/b/a Fresenius Medical Care North America |
| 17 | Alan Brown, Special Counsel to 3M Company<br>3M COMPANY |
| 18 | 3M Center, MS 220-9E-02<br>St. Paul, MN 55144 |
| 19 | Email: arbrown@mmm.com<br>Creditors' Committee Chair |
| 20 | |
| 21 | Joe Patrick<br>HEALTH TEMP<br>6402 E. Superstition Springs, Suite 203 |
| 22 | Mesa, AZ 85206<br>E-mail: Joe.Patrick@HealthTemp.com |
| 23 | Creditors' Committee Member |
| 24 | |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | Steve Timko<br>HEALTHCARE SERVICES GROUP, INC. |
| 2 | 3220 Tillman Drive, Suite 300<br>Bensalem, PA 19020 |
| 3 | Email: stimko@hcsgcorp.com<br>Creditors' Committee Member |
| 4 | |
| 5 | Alisa J. Gray<br>TIFFANY & BOSCO, PA |
| | 2525 E. Camelback Road, 3rd Floor |
| 6 | Phoenix, AZ 85016<br>Email: AJG@tblaw.com |
| 7 | Attorneys for Sierra Equities, Inc. |
| 8 | MEDICAL SOLUTIONS LLC |
| | 9101 Western Avenue, Suite 101 |
| 9 | Omaha, NE 68114<br>E-mail: Chris.ahl@medicalsolutions.com |
| 10 | |
| 11 | James Maldonado<br>BIOTRONIK, INC. |
| | 6024 JEAN ROAD |
| 12 | Oswego, OR 97035<br>Email: James.maldonado@biotronik.com |
| 13 | |
| 14 | Larry Watson<br>OFFICE OF THE U.S. TRUSTEE |
| | 230 N. First Avenue, Suite 204 |
| 15 | Phoenix, AZ 85003<br>Email: larry.watson@usdoj.gov |
| 16 | |
| 17 | Lori A. Lewis<br>MARICOPA COUNTY ATTORNEY'S OFFICE |
| | Civil Services Division |
| 18 | 222 N. Central Avenue, Suite 1100<br>Phoenix, AZ 85004 |
| 19 | E-mail: LewisL01@mcao.maricopa.gov<br>Attorneys for Maricopa County Treasurer |
| 20 | |
| | Dave Petricca |
| 21 | BOSTON SCIENTIFIC<br>P.O. Box 951653 |
| 22 | Dallas, TX 75395-1653 |
| 23 | Susan Barnes<br>UNITED BLOOD SERVICES |
| 24 | P.O. Box 53022<br>Phoenix, AZ 85072 |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | Phelton Woods<br>CARDINAL HEALTH MEDICAL PRODUCTS |
| 2 | P.O. Box 100316<br>Pasadena, CA 91189-0316 |
| 3 | |
| 4 | Anne Kisha<br>MEDLINE INDUSTRIES, INC.<br>One Medline Place |
| 5 | Mundelein, IL 60060 |
| 6 | SONORA QUEST LABORATORIES<br>P.O. Box 29661 |
| 7 | Dept. 2059<br>Phoenix, AZ 85038-9661 |
| 8 | |
| 9 | Cynthia Ketz<br>COOK MEDICAL INCORPORATED<br>22988 Network Place |
| 10 | Chicago, IL 60673-1229 |
| 11 | GE HEALTHCARE<br>Attn: Legal Department |
| 12 | P.O. Box 843553<br>Dallas, TX 75284-3553 |
| 13 | |
| 14 | Brian Wilke<br>TITAN NURSE STAFFING, LLC<br>2110 S. 169th Plaza, Suite 100 |
| 15 | Omaha, NE 68130 |
| 16 | Pam Brown<br>PHOENIX METRO ACUTES |
| 17 | P.O. Box 749959<br>Los Angeles, CA 90074-9959 |
| 18 | |
| 19 | MALLINCKRODT, INC<br>P.O. Box 223782<br>Pittsburgh, PA 15251-2782 |
| 20 | |
| 21 | ABBOTT LABORATORIES, INC.<br>P.O. Box 92679<br>Chicago, IL 60675-2679 |
| 22 | |
| 23 | Kent Layton<br>EMERGENCY MEDICAL SOLUTIONS, LTD<br>P.O. Box 1424 |
| 24 | Mesa, AZ 85211 |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | CITY OF MESA |
| | P.O. Box 1878 |
| 2 | Mesa, AZ 85211-1878 |
| 3 | |
| 4 | /s/ Sybil Taylor Aytch |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |